```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14575
   MARLESA A WRIGHT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0280


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/13/2007 and was not confirmed.

     The case was dismissed without confirmation 10/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED         1315.94            .00            .00
MIDFIRST BANK             CURRENT MORTG         .00            .00            .00
MIDFIRST BANK             MORTGAGE ARRE   25000.00            .00            .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
NORTHERN TRUST            UNSECURED       NOT FILED           .00            .00
NUVELL CREDIT CO LLC      UNSECURED       NOT FILED           .00            .00
PHILIP A IGOE             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------    --------------
TOTALS                       .00                   .00




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14575 MARLESA A WRIGHT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```